2015 OCT -9 PM 3:38

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>JOSE FERNANDEZ-CARDENAS,<br><br>             Defendant. | Case No.: 15CR02357-WQH<br><br>ORDER AND JUDGMENT TO<br>DISMISS WITHOUT PREJUDICE |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case Number 15CR02357-WQH against defendant be dismissed without prejudice.

IT IS SO ORDERED.

DATED: October 9, 2015.

HONORABLE JUDGE WILLIAM Q. HAYES
United States District Judge